**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,** | |
| Plaintiff, | |
| v. | C.A. No. 8:18-cv-02477-CEH-SPF |
| | **TRIAL BY JURY DEMANDED** |
| **PUBLIX SUPERMARKETS, INC.,** | |
| Defendants. | |

**JOINT MOTION FOR DISMISSAL**

Plaintiff Symbology Innovations LLC and Defendant Publix Supermarkets, Inc.
pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by
Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff
without prejudice, with each party to bear its own costs, expenses and attorney's fees.
RESPECTFULLY SUBMITTED.


Dated:  January 23, 2019                    Respectfully Submitted,

                                            By: */s/Sonia Colon*
                                            Sonia Colon
                                            USDC No. 0050475
                                            Ferraiuoli LLC
                                            Bank of America Bldg.
                                            390 N. Orange Avenue
                                            Suite 2300
                                            Orlando, FL 32801
                                            Telephone: (787) 766-7000
                                            Facsimile: (787) 766-7001
                                            Email: scolon@ferraiuoli.com
                                            **ATTORNEYS FOR PLAINTIFF**
                                            *Symbology Innovations LLC*

                                            By:  */s/ Eleanor Trotman Barnett*
                                            Eleanor Trotman Barnett

Fla. Bar No. 0355630
Waldman Barnett, P.L.
3250 Mary Street, Suite 102
Coconut Grove, FL  33133
Phone: (305) 371-8809
Fax: (305) 448-4155
Email: ebarnett@waldmanbarnett.com

**COUNSEL FOR DEFENDANT**
***Publix Supermarkets, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERIFY that on the 23rd day of January 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice

of Electronic Filing to all counsel of record.

/s/ Sonia Colon
Sonia Colon

2