UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYMBOLY INNOVATIONS, LLC,

    Plaintiff,

v.                        Case No: 8:18-cv-2477-T-36SPF

PUBLIX SUPERMARKETS, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the Joint Motion for Dismissal (Doc. 24). In accord with the Joint Motion for Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Motion for Dismissal is **GRANTED** (Doc. 24).

    2)    Plaintiff's claims against Defendant are dismissed, with prejudice. Defendant's counterclaims against Plaintiff are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 23, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record